## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **XUEMEI YE,**<br>950 Walnut Street Apt 301<br>Philadelphia, PA 19107<br><br>Plaintiff,<br><br>  vs.<br><br>**JEH JOHNSON,**<br>Secretary of Homeland Security,<br>Washington, DC  20528<br><br>**LEON RODRIGUEZ**, Director of the United States Citizenship and Immigration Services,<br>111 Massachusetts Avenue,<br>NW MS 2260<br>Washington, DC 20529-2260<br><br>**KATHY A. BARAN**, Director, United States Citizenship and Immigration Services' California Service Center, P.O. Box 30111, Laguna Nigel, CA 92607-0111<br><br>  Defendants. | Case No.:<br><br>COMPLAINT |

COMPLAINT

DESCRIPTION OF ACTION

1. This complaint is brought by plaintiff, XUEMEI YE, A203195053, against the defendants to compel a decision on her Form I-485, Application to Register Permanent Residence or Adjust Status (application for adjustment of status), which has been pending with the United States Citizenship and Immigration Services since November 30, 2011.

JURISDICTION

2. This being a civil action against the United States arising under the Immigration and Nationality Act, 8 U.S.C. § 1101 et. seq., the Mandamus Act, 28 U.S.C. § 1361, and the Administrative Procedure Act, 5 U.S.C. § 701 et seq., all laws of the United States, original jurisdiction over this matter is vested in this Court by 28 U.S.C. § 1331.

DESCRIPTION OF PARTIES

3. The plaintiff, XUEMEI YE, is a citizen of the People's Republic of China and

a resident of the state of Pennsylvania.

4. The defendant, JEH JOHNSON, is the Secretary of the Department of Homeland Security, and as such has the authority to adjudicate applications for asylum. He resides for official purposes in the District of Columbia.

5. The defendant, LEON RODRIGUEZ, is the Director of the United States Citizenship and Immigration Services (the "USCIS"), the agency within the Department of Homeland Security which adjudicates applications for asylum. He resides for official purposes in the District of Columbia.

6. The defendant, KATHY A. BARAN, is the Director of the California Service Center of the United States Citizenship and Immigration Services, where plaintiff's application for adjustment of status is currently pending. He resides for official purposes within the District of Colombia

BRIEF STATEMENT OF RELEVANT FACTS

7. On November 30, 2011, XUEMEI YE filed a Form I-485, **Application to Register Permanent Residence or Adjust Status** with the United States Citizenship and Immigration Services, which was assigned File No. WAC1290094811.

8. Filed with Ms. Ye's form I-485 was the notice of approval of her Form I-526, Immigrant Petition for Alien Entrepreneur.

9. A visa was available to Ms. Ye at the time her Form I-485 was filed and continues to be available at this time.

10. During the over four (4) years that this application has been pending Ms. Ye, has made multiple inquiries into this matter, most recently through a congressional representative, the response to which on December 11, 2015 was as follows:

> U.S. Citizenship and Immigration Services (USCIS) records confirm that your constituent's case is pending background check clearance. USCIS is committed to adjudicating immigration benefits in a timely manner while also ensuring public safety and national security. A small percentage of applications and petitions have unresolved background check issues that temporarily delay adjudication. Although USCIS makes every effort to resolve such cases promptly, USCIS is unable to speculate when the background check will be completed. If a background check reveals an issue that may impact an applicant's eligibility for the requested immigration benefit, further inquiry is needed. The inquiry may include an additional interview and/or contact with another agency for updates or more comprehensive information. Upon gathering and assessing all available information, USCIS will adjudicate the application as quickly as possible.

## COUNT I

11. Defendant JEH JOHNSON, Secretary of Homeland Security, Defendant LEON RODRIGUEZ, Director of the United States Citizenship and Immigration Services, and KATHY A. BARAN, Director of the United States Citizenship and Immigration Services' California Service Center, are each and all officers or employees of the United States Department of Homeland Security.

12. Defendant JEH JOHNSON, Secretary of Homeland Security, Defendant LEON RODRIGUEZ, Director of the United States Citizenship and Immigration Services, and Defendant KATHY A. BARAN, Director of the United States Citizenship and Immigration Services' California Service Center, each and all owe a duty to the Plaintiff under 8 U.S.C. §

1158(d)(5)(A)(iii) to adjudicate his application for adjustment of status within 180 days of the date of filing.

13. Further, 180 days is the maximum reasonable amount of time needed to complete security checks in connection with an application for adjustment, as illustrated by the instructions contained in the USCIS's 2008 Memorandum regarding "Revised National Security Adjudication and Reporting Requirements" (online at https://www.uscis.gov/sites/default/files/files/pressrelease/DOC017.PDF, last accessed April 14, 2016) in which it directed that "Where the application is otherwise approvable and the FBI name check request has been pending for more than 180 days, the adjudicator shall approve the I-485, I-601, I-687, or I-698 and proceed with card issuance."

14. Finally, this application has been pending much longer than the approximately X months the USCIS's website indicates applications for adjustment of status are now taking to adjudicate at the USCIS's California Service Center.

15. Defendant JEH JOHNSON, Secretary of Homeland Security, Defendant LEON RODRIGUEZ, Director of the United States Citizenship and Immigration Services, and Defendant KATHY A. BARAN, Director of the United States Citizenship and Immigration Services' California Service Center, each and all owe a duty to the Plaintiff to adjudicate his application for adjustment of status within a reasonable time. 5 U.S.C. § 555(b) ("With due regard for the convenience and necessity of the parties or their representatives and within a reasonable time, each agency shall proceed to conclude a matter presented to it.").

18. The time in which plaintiff's application for adjustment of status has been pending with Defendant JEH JOHNSON, Secretary of Homeland Security, Defendant LEON RODRIGUEZ, Director of the United States Citizenship and Immigration Services, and Defendant KATHY A. BARAN, Director of the United States Citizenship and Immigration Services' California Service Center is well beyond the period of time which these officers or employees or their predecessors reasonably require to adjudicate it.

16. This Court has authority under 28 U.S.C. § 1361 to compel an officer or employee of the United States to perform a duty owed to the Plaintiff.

17. This Court also has authority under 5 U.S.C. § 706(1) to compel agency action unlawfully withheld or unreasonably delayed.

## RELIEF REQUESTED

WHEREFORE it is respectfully requested that the Court compel Defendant JEH JOHNSON, Secretary of Homeland Security, Defendant LEON RODRIGUEZ, Director of the United States Citizenship and Immigration Services, and Defendant KATHY A. BARAN, the Director of the United States Citizenship and Immigration Services' California Service Center, to adjudicate the Plaintiff's application for adjustment of status in no more than 30 days from the date of the Court's order, and to take such other action as it deems appropriate.

Dated this ___ day of April, 2017

    s/Michael E. Piston
Michael E. Piston (MI 002)
Attorney for Plaintiff
225 Broadway, Suite 307
New York, NY, 10007
Ph: 646-845-9895
Fax: 206-770-6350
Email: michaelpiston4@gmail.com